IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-01227-MJW

JUANITA ANN PEREZ,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Michael J. Watanabe on May 14, 2015 , incorporated herein by reference, it is

    ORDERED that the Commissioner's decision is REMANDED to the Commissioner for a new credibility determination, including (if the ALJ deems it appropriate) a new hearing or newly developed evidence.  It is

    FURTHER ORDERED that final judgment is hereby entered in favor of Plaintiff, Juanita Ann Perez, and against Defendant, Carolyn W. Colvin, Commissioner of Social Security. It is

    FURTHER ORDERED that the Plaintiff, Juanita Ann Perez, is awarded her costs, to be taxed by the Clerk of Court, pursuant to Fed. R. Civ. P. 54(d)(1).

DATED at Denver, Colorado this 15th day of May, 2015.

        FOR THE COURT:

        JEFFREY P. COLWELL, CLERK

        s/M. Ortiz
        Monique Ortiz, Deputy Clerk