IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01227-MJW

JUANITA PEREZ,

Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,
Social Security Administration,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Defendant's Unopposed Motion for Withdrawal of Counsel (Docket No. 30) is GRANTED.  Attorney M. Thayne Warner is WITHDRAWN as counsel of record for Defendants in this case, and the Clerk of Court is directed to remove Attorney Warner from electronic notification in this matter.

Date: May 27, 2015